IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL DIAZ-ALCARAZ, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:25-CV-2258-X-BT |
| | § | |
| DALLAS COLLEGE, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 29). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court:

1. **GRANTS** in part and **DENIES** in part Defendant's Rule 12(b)(6) motion (Doc. 8);
2. **DISMISSES** with prejudice Plaintiff's Title VII claims based on alleged discriminatory failures to hire or promote occurring before February 1, 2024;
3. **DISMISSES** with prejudice Plaintiff's Texas Labor Code claims based on alleged discriminatory failures to hire or promote occurring before May 31, 2024;

4. **DISMISSES** with prejudice Plaintiff's § 1981 claims based on an alleged discriminatory failure to hire or promote occurring before August 22, 2023;
5. **DENIES** as unnecessary Defendant's request to dismiss Plaintiff's § 1981 claims based on an alleged pattern-or-practice theory because Plaintiff has clarified that he is not asserting such a claim;
6. **DENIES** Defendant's motion to dismiss Plaintiff's Title VII and Texas Labor Code claims based on national-origin discrimination;
7. **GRANTS** Plaintiff leave to file a second amended complaint addressing the pleading deficiencies identified in this recommendation, except as to claims dismissed with prejudice within **28 days** of the issuance of this Order; and
8. **DENIES** without prejudice Defendant's alternative motion for a more definite statement under Rule 12(e).

**IT IS SO ORDERED** this 28th day of September, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE