IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL DIAZ-ALCARAZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:25-cv-02258-X-BT |
| | § | |
| DALLAS COLLEGE, | § | |
| | § | |
| Defendant. | § | |

**ORDER REQUIRING PROPOSALS FOR CONTENTS OF A SCHEDULING ORDER**

This case was referred to the undersigned United States Magistrate Judge under 28 U.S.C. § 636(b). The Court will enter a Pretrial Scheduling Order in accordance with Fed. R. Civ. P. 16(b) and 26, the local civil rules of the District Court, and the District Court's Civil Justice Expense and Delay Reduction Plan. Accordingly, the Court ORDERS the parties to file separate reports regarding a proposed schedule by **November 23, 2026**. The reports must contain the following information:

(a) a proposed deadline for amending pleadings without leave of court, including amendments joining additional parties;

(b) a proposed date for the completion of discovery, including a deadline for designating expert witnesses, if any;

(c) a statement as to whether the parties are willing to mediate their case and, if so, a proposed deadline for mediation;

(d) a proposed deadline to file dispositive motions, including any motion for summary judgment;

(e) whether the parties desire the Court to schedule a Rule 16 status conference; and

(f) any other matters relevant to the status or disposition of the case.

The Court will enter its Pretrial Scheduling Order following receipt of the reports.

Additionally, each party is directed to consider whether the party will consent to have all further proceedings in this case conducted by Judge Rutherford, *see* 28 U.S.C. § 636(c).[1] A magistrate judge may often be in the best position to provide a speedy, just, and inexpensive adjudication of a civil case while still preserving the right of direct appeal to the court of appeals. However, consent to the authority of the magistrate judge is voluntary, and any party is free to withhold consent without adverse substantive consequences. The parties may utilize the electronic consent option available through PACER to advise the Court of their consent: https://ecf.txnd.uscourts.gov/cgi-bin/ShowIndex.pl.

**SO ORDERED.**

October 27, 2026.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

[1] If all parties consent to the authority of the magistrate judge, the case will be reassigned to Judge Rutherford to conduct all further proceedings, including any trial, and the entry of a final judgment, in accordance with 28 U.S.C. § 636(c). If parties do not consent, Judge Rutherford will make findings and recommendations in the case pursuant to 28 U.S.C. § 636(b). The parties retain the right to seek review of the magistrate judge's findings and all recommendations in the manner provided by 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure.