**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DANIEL DIAZ-ALCARAZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3-25-CV-2258-X** |
| | § | |
| **DALLAS COLLEGE,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT DALLAS COLLEGE'S PARTIAL MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

BEFORE THE COURT is Defendant Dallas College's Partial Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support. After considering the motion, briefs, evidence, and other papers on file, and all other matters properly before it, the Court is of the opinion that such motion is well-taken. It is, therefore,

ORDERED, ADJUDGED and DECREED that Defendant's Partial Motion to Dismiss is GRANTED. Plaintiff's Section 1981 claims are dismissed with prejudice. Plaintiff's claims with respect to Positions 2, 4, 5, 6, 7, 8, and 9 are dismissed with prejudice. Plaintiff's request for injunctive relief as to Defendant's hiring process and his request for attorneys' fees are dismissed with prejudice. Further, Defendant is awarded its costs herein.

Signed this ___ day of ______________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE