**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DANIEL DIAZ-ALCARAZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3-25-CV-2258-X-BT** |
| | § | |
| **DALLAS COLLEGE,** | § | |
| | § | |
| **Defendant.** | § | |

# DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Dallas College ("Defendant") moves the Court to withdraw Diamond B. Williams as counsel for Defendant and, in substitution, appoint Cameron R. Burleson. In support of its Unopposed Motion to Withdraw and Substitute Counsel ("Motion"), Defendant respectfully states as follows:

1. Diamond B. Williams is no longer associated with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, PC.

2. Pursuant to Local Rule 83.12, Defendant requests that the Court permit the withdrawal of attorney Diamond B. Williams as counsel for Defendant in this case, and substitute the following:

Cameron R. Burleson
Texas Bar No. 24127151
cameron.burleson@ogletreedeakins.com
8117 Preston Road, Suite 500
Dallas, Texas 75225
214-987-3800
214-987-3927 (Fax)

3. Kristin Snyder Higgins remains lead counsel for Defendant.

4. Plaintiff is unopposed to this substitution.

5. This Motion is not being made for the purpose of delay but for good cause. No prejudice will result to any party should this Motion be granted.

For the foregoing reasons, Defendant respectfully requests that the Court grant this Motion in its entirety and further requests that the Clerk's Office make the changes referenced above in the civil docket.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ *Kristin S. Higgins*
Kristin S. Higgins
Texas Bar No. 24046880
kristin.higgins@ogletreedeakins.com
Cameron R. Burleson
Texas Bar No. 24127151
cameron.burleson@ogletreedeakins.com
8117 Preston Road, Suite 500
Dallas, TX 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927 (Fax)
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on 13th of November 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to all parties of record:

Daniel Diaz-Alcaraz
1414 Winding Brook Circle #171
Dallas, Texas 75208
Daniel.DiazAlcaraz@gmail.com

*/s/Kristin S. Higgins*
Kristin S. Higgins

## CERTIFICATE OF CONFERENCE

I hereby certify that on 13th of November 2026, I conferred with Plaintiff Daniel Diaz-Alcaraz and he is not opposed to the relief sought herein.

*/s/Kristin S. Higgins*
Kristin S. Higgins