**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **DANIEL DIAZ-ALCARAZ,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3-25-CV-2258-X-BT** |
| | § | |
| **DALLAS COLLEGE,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Before the Court is the Unopposed Motion to Withdraw and Substitute Counsel. The Court, having considered the Motion, finds that the motion has merit and should be **GRANTED.**

It is, therefore, ORDERED that Diamond B. Williams of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. is hereby withdrawn as counsel for Defendant Dallas College.

It is further ORDERED that Cameron R. Burleson of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. is substituted as counsel of record for Defendant Dallas College in this matter for all purposes.

SO ORDERED on this ____ day of _______________, 2026.

____________________________________
UNITED STATES DISTRICT JUDGE